**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00421-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RAUL ACOSTA-RICO,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to the filing of Defendant's Notice of Disposition, a change of plea hearing regarding Defendant Acosta-Rico is set **Tuesday, November 24, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  November 4, 2009