# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 09-cr-00421-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RAUL ACOSTA-RICO,

       Defendant.

___

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing for Defendant is set **Tuesday, February 2, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: November 24, 2009